UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>              Plaintiff,<br><br>      v.<br><br>Raul SANTOS-Sabero,<br><br>              Defendant. | Magistrate Docket No. 26MJ00025<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant, being duly sworn, states:

On or about January 1, 2026, within the Southern District of California, defendant Raul SANTOS-Sabero, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

                                                                SIGNATURE OF COMPLAINANT
                                                                Carlos L. Glover II
                                                                Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JANUARY 2, 2026.

                                                                HON. STEVE B. CHU
                                                                United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Raul SANTOS-Sabero**

## PROBABLE CAUSE STATEMENT

On January 1, 2025, Border Patrol Agent R. Brudnok was conducting assigned duties in the Brown Field Border Patrol Station's area of responsibility. At approximately 8:15 AM, a scope operator notified agents in the field of three individuals who were in an area known to Border Patrol Agents as "the 15 Ridgeline."

At approximately 8:25 AM, Agent Brudnok responded to the area and approached the three individuals, two later identified as defendant Raul SANTOS-Sabero along with David Magdiel VELASCO-Morales (charged elsewhere). Agent Brudnok identified herself as a Border Patrol Agent. The three individuals ran away from Agent Brudnok. After a brief chase, Agent Brudnok detained the three individuals, including SANTOS and VELASCO. Agent Brudnok conducted an immigration inspection. All three individuals, including SANTOS and VELASCO, stated that they are citizens of Mexico with out any immigration documents that would allow them to enter or remain in the United States legally. At 9:02 AM, Agent Brudnok placed all three individuals under arrest. This arrest took place approximately three miles west of Tecate, California Port of Entry and two miles north of the United States/Mexico International Boundary.

Routine record checks of defendant Raul SANTOS-Sabero revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant is not a citizen or lawfully admitted resident of the United States and was previously deported to Mexico on May 17, 2025, through San Luis, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.